UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAMS, BEVERLY J | § | Case No. 10-18032 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/26/2012 in Courtroom 613,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/26/2012    By: /s/ Barry A. Chatz, Trustee
                                Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-18032-ABG
Beverly J Williams                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan         Page 1 of 3              Date Rcvd: Oct 18, 2012
                              Form ID: pdf006         Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2012.
```
db          +Beverly J Williams,    9356 S. Lowe,    Chicago, IL 60620-2323
aty         +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2120
15459100    +American Coradius, Inc.,    300 Essjay Rd.,    Suite 150,    Buffalo, NY 14221-8208
15459101    +Arrow Financial Services,    5996 W. Touhy,    Niles, IL 60714-4610
15459108     BP Oil,   PO Box 9075,    Des Moines, IA 50368-9075
15459103    +Baker & Miller,    29 North Wacker Drive,    Chicago, IL 60606-2854
15459104    +Baker, Miller, Markoff & Krasny, LL,    29 N. Wacker Dr. 5th Floor,    Chicago, IL 60606-3221
15459105     Bank Of America,    P.O. Box 53132,    Phoenix, AZ 85072-3132
15459106     Bank One,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15459107    +Blatt, Hasenmiller Leibsker & Moore,    125 S. Wacker Drive Suite # 400,    Chicago, IL 60606-4440
15459138   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  Providian,    Washington Mutual Cardservices,    PO Box 660487,
               Dallas, TX 75266)
15459111    +Carson Pirie Scott,    P.O. Box 17633,    Baltimore, MD 21297-1633
15459112     Chase,   PO Box 15298,    Wilmington, DE 19850-5298
15459113    +Chela,   Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
15459114     Citibank,   PO Box 6100,    The Lakes, NV 88901-6100
15459115    +City of Chicago Dept of Water,    PO Box 6330,    Chicago, IL 60680-6330
15469581    +Crescent Recovery, LLC,    PO Box 1097,    Chesapeake, VA 23327-1097
15459118   +++Discover Bank,    DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
15459121     FIrst USA,    PO Box 740115,    Atlanta, GA 30374-0115
15459122    +Gerald E. Moore & Assoc,    P.O.Box 724087,    Atlanta, GA 31139-1087
15459124    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15459125    +JBC & Associates,    2 Broad Street,    Suite 6th floor,    Bloomfield, NJ 07003-2547
15459126    +JC Christensen & Associates,    PO Box 519,    Sauk Rapids, MN 56379-0519
15459127    +Kaplan & Chaet, LLC,    5215 Old Orchard Road,    Suite 300,    Skokie, IL 60077-1020
15459128     Leading Edge Recovery Solutions,    8550 West Bryn Mawr Avenue,    Suite 350,
               Chicago, IL 60631-3221
15459129    +Lenahan Law Office,    PO Box 990,    First American Holdings,    Buffalo, NY 14207-0990
15459130    +Medmarc Casualty Insurance,    PO Box 1309,    Montpelier, VT 05601-1309
15459131    +Money Control,    7691 Mission Grove,    Suite A,    Riverside, CA 92509-2923
15620678     NCO PORTFOLIO MANAGEMENT,    POB 3001,    Malvern, PA 19355-0701
15459132    +National Asset Management,    PO Box 724747,    Atlanta, GA 31139-1747
15459133     National City,    PO Box 85130,    Louisville, KY 40285
15459134    +Northland Group,    P.O. Box 390846,    Edina, MN 55439-0846
15459137   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates,    P O Box 12914,    Norfolk, VA 23541)
15534244    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Bank One Financial,    POB 41067,    NORFOLK VA 23541-1067
15459135    +Peoples Gas,    130 E. Randolph Drive,    Chicago, IL 60601-6302
15459136   #+Plaza Associates,    PO Box 18008,    Hauppauge, NY 11788-8808
15459139   #+Receivables Management Solutions,    260 E. Wentworth,    Saint Paul, MN 55118-3523
15459140    +Resurgence Financial,    5215 Old Orchard Rd Ste 300,    Skokie, IL 60077-1020
15459141     Retailers National Bank,    PO Box 1581,    c/o Marshall Fields,    Minneapolis, MN 55440-1581
15459142    +SBC/Ameritech,    Bankruptcy Dept,    529 S. 7th,    Springfield, IL 62721-0001
15459143    +Shekinah Inc,    2120 Main St., Ste 220,    Huntington Beach, CA 92648-7454
15459145    +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
15459146    +University Of Phoenix,    4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
15459147     Ventus Capital Services, LP,    PO Box 740948,    Houston, TX 77274-0948
15459148     Wolpoff & Abramson,    Two Irving Centre,    702 King Farm Blvd,    Rockville, MD 20850-5775
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15459102    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 19 2012 00:27:32     Asset Acceptance,
               PO Box 318035,    Independence, OH 44131-8035
15881562    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 19 2012 00:27:32
               Asset Acceptance LLC /Assignee / Household Bank,    Po Box 2036,    Warren MI 48090-2036
15881516    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 19 2012 00:27:32
               Asset Acceptance lLC / Assignee / SBC,    Po Box 2036,    Warren MI 48090-2036
15784750     E-mail/Text: resurgentbknotifications@resurgent.com Oct 19 2012 00:43:00     CR Evergreen, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
15459109    +E-mail/Text: cms-bk@cms-collect.com Oct 19 2012 00:29:24     Capital Management Services,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
15459110    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2012 00:35:50     Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
15459116    +E-mail/Text: legalcollections@comed.com Oct 19 2012 00:45:27     ComEd,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
15459117    +E-mail/Text: creditonebknotifications@resurgent.com Oct 19 2012 00:26:57     Credit One Bank,
               Po Box 98875,    Las Vegas, NV 89193-8875
15459119    +E-mail/Text: FF_Bankruptcy@owb.com Oct 19 2012 00:29:08     Financial Freedom,    PO Box 85400,
               Austin, TX 78708-5400
15946390     E-mail/Text: resurgentbknotifications@resurgent.com Oct 19 2012 00:43:00     LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0752-1           User: esullivan          Page 2 of 3             Date Rcvd: Oct 18, 2012
                               Form ID: pdf006         Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15946354      E-mail/Text: resurgentbknotifications@resurgent.com Oct 19 2012 00:43:00
              LVNV Funding LLC its successors and assigns as,   assignee of FNBM LLC,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15520128      E-mail/Text: ebn@vativrecovery.com Oct 19 2012 00:29:19     Palisades Acquisition XVI, LLC,
              Vativ Recovery Solutions LLC,dba SMC,   As Agent for Palisades Acquisition XVI,   PO Box 40728,
              Houston TX 77240-0728
15602212      E-mail/PDF: pa_dc_litigation@salliemae.com Oct 19 2012 00:35:51
              Sallie Mae Inc. on behalf of USA FUNDS,   Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
15459144     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 19 2012 00:43:01     Sherman Acquisiton,
              PO Box 10587,   Greenville, SC 29603-0587
15459120     +E-mail/Text: data_processing@fin-rec.com Oct 19 2012 00:29:24     financial Recovery Services,
              PO Box 385908,   Minneapolis, MN 55438-5908
                                                                                            TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Jennifer M Rinn
aty          Lois West
15459099    ##+Allied Interstate,   3200 Northline,   Greensboro, NC 27408-7613
15459123    ##+Great Seneca Financial Corp,   PO Box 1651,   Rockville, MD 20849-1651
                                                                                TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1           User: esullivan            Page 3 of 3            Date Rcvd: Oct 18, 2012
                               Form ID: pdf006            Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2012 at the address(es) listed below:

```
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Brian R Zeft    on behalf of Debtor Beverly Williams bzeft@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Christina M Riepel    on behalf of Trustee Barry Chatz gstern2@flash.net
          Gloria C  Tsotsos    on behalf of Creditor   Financial Freedom Acquisition LLC
           nd-three@il.cslegal.com
          Gregory K Stern    on behalf of Trustee Barry Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          James  Hausler    on behalf of Trustee Barry Chatz james.e.hausler@gmail.com
          Janna L Quarless    on behalf of Debtor Beverly Williams jquarless@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Joel P Fonferko    on behalf of Creditor   Financial Freedom Acquisition LLC ND-Two@il.cslegal.com
          Maria  Georgopoulos    on behalf of Creditor   Financial Freedom Acquisition LLC
           nd-four@il.cslegal.com
          Monica C. O'Brien    on behalf of Trustee Barry Chatz gstern3@flash.net
          Patrick J. Semrad    on behalf of Debtor Beverly Williams psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor   Financial Freedom Acquisition LLC
           ND-Four@il.cslegal.com
          Robert J Semrad    on behalf of Debtor Beverly Williams court_docs@robertjsemrad.com,
           msemrad@robertjsemrad.com
          Robert L Schwaba    on behalf of Debtor Beverly Williams rschwaba@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Stewart A Chapman    on behalf of Trustee Marilyn Marshall schapman@chi13.com
                                                                                             TOTAL: 16
```