UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
        §
WILLIAMS, BEVERLY J  §   Case No. 10-18032
        §
        Debtor(s)  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/BARRY A. CHATZ _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Financial Freedom PO Box 85400 Austin, TX 78708 |  |  |  |  |  |
| 000002 | PALISADES ACQUISITION XVI, LLC |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate 3200 Northline Greensboro, NC 27408 | | | | | |
| | American Coradius, Inc. 300 Essjay Rd. Suite 150 Buffalo, NY 14221-6382 | | | | | |
| | Arrow Financial Services 5996 W. Touhy Niles, IL 60714 | | | | | |
| | Asset Acceptance PO Box 318035 Independence, OH 44131 | | | | | |
| | BP Oil PO Box 9075 Des Moines, IA 50368-9075 | | | | | |
| | Baker & Miller 29 North Wacker Drive Chicago, IL 60603 | | | | | |
| | Baker, Miller, Markoff & Krasny, LL 29 N. Wacker Dr. 5th Floor Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 53132 Phoenix, AZ 85072-3132 | | | | | |
| | Bank One Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Blatt, Hasenmiller Leibsker & Moore 125 S. Wacker Drive Suite # 400 Chicago, IL 60606-4440 | | | | | |
| | Capital Management Services 726 Exchange Street, Suite 700 Buffalo, NY 14210 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Carson Pirie Scott P.O. Box 17633 Baltimore, MD 21297 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citibank PO Box 6100 The Lakes, NV 88901-6100 | | | | | |
| | City of Chicago Dept of Water PO Box 6330 Chicago, IL 60680 | | | | | |
| | ComEd 2100 Swift Drive Oak Brook, IL 60523 | | | | | |
| | Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | | | | |
| | FIrst USA PO Box 740115 Atlanta, GA 30374-0115 | | | | | |
| | Great Seneca Financial Corp PO Box 1651 Rockville, MD 20849 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | JBC & Associates 2 Broad Street Suite 6th floor Bloomfield, NJ 07003 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JC Christensen & Associates PO Box 519 Sauk Rapids, MN 56379 | | | | | |
| | Kaplan & Chaet, LLC 5215 Old Orchard Road Suite 300 Skokie, IL 60077 | | | | | |
| | Leading Edge Recovery Solutions 8550 West Bryn Mawr Avenue Suite 350 Chicago, IL 60631-3221 | | | | | |
| | Lenahan Law Office PO Box 990 First American Holdings Buffalo, NY 14207 | | | | | |
| | Medmarc Casualty Insurance PO Box 1309 Montpelier, VT 05601 | | | | | |
| | Money Control 7691 Mission Grove Suite A Riverside, CA 92508 | | | | | |
| | National Asset Management PO Box 724747 Atlanta, GA 31139 | | | | | |
| | National City PO Box 85130 Louisville, KY 40285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northland Group P.O. Box 390846 Edina, MN 55439 | | | | | |
| | Peoples Gas 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Plaza Associates PO Box 18008 Hauppauge, NY 11788 | | | | | |
| | Portfolio Recovery Associates P O Box 12914 Norfolk, VA 23541 | | | | | |
| | Providian Washington Mutual Cardservices PO Box 660487 Dallas, TX 75266 | | | | | |
| | Receivables Management Solutions 260 E. Wentworth Saint Paul, MN 55118 | | | | | |
| | Resurgence Financial 5215 Old Orchard Rd Ste 300 Skokie, IL 60077 | | | | | |
| | Retailers National Bank PO Box 1581 c/o Marshall Fields Minneapolis, MN 55440-1581 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SBC/Ameritech Bankruptcy Dept 529 S. 7th Springfield, IL 62721 | | | | | |
| | Shekinah Inc 2120 Main St., Ste 220 Huntington Beach, CA 92648 | | | | | |
| | Sherman Acquisiton PO Box 10587 Greenville, SC 29603 | | | | | |
| | Tate & Kirlin Associates 2810 Southampton Road Philadelphia, PA 19154 | | | | | |
| | University Of Phoenix 4615 E Elwood St Fl 3 Phoenix, AZ 85040 | | | | | |
| | Ventus Capital Services, LP PO Box 740948 Houston, TX 77274-0948 | | | | | |
| | Wolpoff & Abramson Two Irving Centre 702 King Farm Blvd Rockville, MD 20850-5775 | | | | | |
| | financial Recovery Services PO Box 385908 Minneapolis, MN 55438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | ASSET ACCEPTANCE LLC/ASSIGNEE/SBC | | | | | |
| 000010 | ASSET ACCEPTANCE/ASSIGNEE HOUSEHOL | | | | | |
| 000007 | CR EVERGREEN, LLC | | | | | |
| 000008 | CR EVERGREEN, LLC | | | | | |
| 000006 | CRESCENT RECOVERY, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000011 | LVNV FUNDING LLC | | | | | |
| 000012 | LVNV FUNDING LLC | | | | | |
| 000005 | NCO PORTFOLIO MANAGEMENT | | | | | |
| 000003 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000004 | SALLIE MAE INC. ON BEHALF OF USA FU | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-18032 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | WILLIAMS, BEVERLY J | | | Date Filed (f) or Converted (c): | 04/22/10 (f) |
| | | | | 341(a) Meeting Date: | 12/10/10 |
| For Period Ending: | 01/30/13 | | | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9356 S. Lowe Chicago, IL 60620 | 35,166.50 | 0.00 | OA | 0.00 | FA |
| 2. Citibank Checking | 10.00 | 0.00 | OA | 0.00 | FA |
| 3. Chase Checking | 3.00 | 0.00 | OA | 0.00 | FA |
| 4. Used Furniture | 500.00 | 0.00 | OA | 0.00 | FA |
| 5. Used Clothing | 300.00 | 0.00 | OA | 0.00 | FA |
| 6. Estate Account - Charter One | 4,000.00 | 513.00 | OA | 0.00 | FA |
| 7. Estate Funds Posted As Bond for Son for Criminal C | 11,000.00 | 11,000.00 | OA | 7,500.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $50,979.50 | $11,513.00 | $7,500.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS LIQUIDATED; REVIEW CLAIMS AND PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-18032 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | WILLIAMS, BEVERLY J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6807 Checking Account |
| Taxpayer ID No: | *******3923 | | |
| For Period Ending: | 01/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/23/12 | 7 | CDC LAW GROUP CHARTERED<br>77 WEST WACKER DRIVE<br>SUITE 4800<br>CHICAGO, IL 60601 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 7,500.00 | | 7,500.00 |
| 11/26/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,520.78 | 5,979.22 |
| | | | Fees           1,500.00 | 2100-000 | | | |
| | | | Expenses         20.78 | 2200-000 | | | |
| 11/26/12 | 003002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, ILLINOIS 60604 | Claim 0000013, Payment 100.00% | 3210-000 | | 2,995.50 | 2,983.72 |
| 11/26/12 | 003003 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054 | Claim 000001, Payment 8.88% | 7100-000 | | 740.54 | 2,243.18 |
| 11/26/12 | 003004 | PRA RECEIVABLES MANAGEMENT, LLC<br>AS AGENT OF PORTFOLIO RECOVERY<br>ASSOCS.<br>C/O BANK ONE FINANCIAL<br>POB 41067<br>NORFOLK VA 23541 | Claim 000003, Payment 8.88% | 7100-000 | | 518.79 | 1,724.39 |
| 11/26/12 | 003005 | NCO PORTFOLIO MANAGEMENT<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000005, Payment 8.88% | 7100-000 | | 380.71 | 1,343.68 |
| 11/26/12 | 003006 | CRESCENT RECOVERY, LLC<br>PO BOX 1097 | Claim 000006, Payment 8.88% | 7100-000 | | 298.56 | 1,045.12 |

Page Subtotals    7,500.00    6,454.88

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 10-18032 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | WILLIAMS, BEVERLY J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6807  Checking Account |
| Taxpayer ID No: | *******3923 | | | |
| For Period Ending: | 01/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/26/12 | 003007 | CHESAPEAKE, VA 23327<br>CR EVERGREEN, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000007, Payment 8.88% | 7100-000 | | 87.28 | 957.84 |
| 11/26/12 | 003008 | CR EVERGREEN, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | Claim 000008, Payment 8.88% | 7100-000 | | 219.04 | 738.80 |
| 11/26/12 | 003009 | ASSET ACCEPTANCE LLC/ASSIGNEE/SBC<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000009, Payment 8.87% | 7100-000 | | 25.81 | 712.99 |
| 11/26/12 | 003010 | ASSET ACCEPTANCE/ASSIGNEE HOUSEHOLD BANK<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000010, Payment 8.88% | 7100-000 | | 599.37 | 113.62 |
| 11/26/12 | 003011 | LVNV FUNDING AS ASSIGNEE OF FNBM LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000011, Payment 8.88% | 7100-000 | | 48.40 | 65.22 |
| 11/26/12 | 003012 | LVNV FUNDING AS ASSIGNEE OF GE CAPITAL<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000012, Payment 8.88% | 7100-000 | | 65.22 | 0.00 |

Page Subtotals        0.00        1,045.12

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-18032 |
| Case Name: | WILLIAMS, BEVERLY J |
| Taxpayer ID No: | *******3923 |
| For Period Ending: | 01/30/13 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6807 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,500.00 | 7,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 7,500.00 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 7,500.00 | 7,500.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******6807 | | 7,500.00 | 7,500.00 | 0.00 |
| | | | | | 7,500.00 | 7,500.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*